[No. 28466-9-II. Division Two. August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEY C. ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 01-1-00332-1, Kenneth D. Williams, J., entered March 8, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28474-0-II. Division Two. August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN M. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-1-00132-3, H. John Hall, J., entered March 8, 2002. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 28805-2-II. Division Two. August 19, 2003.]

EVALINE COMMUNITY ASSOCIATION, ET AL., *Appellants*, v. JASON GOOD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-2-00775-9, David R. Draper, J., entered June 3, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 28830-3-II. Division Two. August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK DEWAYNE HOGGATT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00493-8, Don L. McCulloch, J., entered June 6, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.